NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMAN AFFRAZIER DRUMMOND, )
 )
   Appellant, )
 )
v. ) Case No. 2D17-2644
 )
STATE OF FLORIDA, )
 )
   Appellee. )
_____ )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


   Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.